**Gregory M. CROW; Brenda Crow; Appellants,**

**v.**

**WAL–MART STORES, INC., Appellee.**

No. 05–4452.

United States Court of Appeals, Eighth Circuit.

Submitted: Jan. 26, 2007.

Filed: Jan. 29, 2007.

Andrew Robert Peterson, Cope & Peterson, Virginia, MN, Wilbur Fluegel, Fluegel Law Office, Minneapolis, MN, for Appellants.

Jerome D. Feriancek, Thibodeau & Johnson, Duluth, MN, for Appellee.

Before WOLLMAN, MURPHY, and BYE, Circuit Judges.

PER CURIAM.

Gregory and Brenda Crow appeal the district court's[1] adverse grant of summary judgment in their diversity action against Wal–Mart Stores, Inc. (Wal–Mart). The Crows sued Wal–Mart following an accident in which Gregory Crow drove a truck into a "Pedestrian Crossing" sign in the Wal–Mart parking lot. The Crows alleged the accident was the result of negligence and carelessness on the part of Wal–Mart.

Upon our de novo review of the record, *Engleson v. Little Falls Area Chamber of Commerce*, 362 F.3d 525, 528 (8th Cir. 2004), we find summary judgment was proper for the reasons explained by the district court. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Robert W. Pratt, Chief Judge, United States District Court for the Southern District of Iowa.

1. The Honorable Joan N. Ericksen, United States District Judge for the District of Minnesota.